# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DERRICK FOSTER,

    Plaintiff,

v.

CHARLES MAIORANA, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:CV-14-1368

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 21st day of November, 2014, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Carlson's Report and Recommendation (Doc. 6) is **ADOPTED in part** and **REJECTED in part.**

    **(A)** Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 3) is **GRANTED**.

    **(B)** Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 2) is **DENIED.**

    **(C)** Plaintiff's claims against Defendants Charles Maiorana, Griffiths, O'Donnell, Tony Eckenrode, Charles Entzel and Bobby L. Meeks are **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania, and severed from the claims against Defendant Fink.

    **(D)** Plaintiff's claims against Defendants Darlene Parker, Fegley, McKee and Monica A. Recktenwald are **DISMISSED** as barred by the Statute of Limitations.

    **(E)** Plaintiff's claim against Defendant Fink based on Fink's attempt to block Plaintiff's transfer for retaliatory reasons is **DISMISSED**. The remainder of Plaintiff's claims against Defendant Fink are permitted to proceed.

    **(F)** Plaintiff's claims that are dismissed are **DISMISSED without prejudice** with leave to amend his complaint. If Plaintiff does not amend his complaint within thirty (30) days, these claims will be **DISMISSED with prejudice.**

(2) The Motion to Appoint Counsel (Doc. 9) is **DENIED without prejudice**.

(3) The Motion for Leave to Proceed *in forma pauperis* (Doc. 10) is **DENIED** as duplicative.

(4) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

                                    /s/ A. Richard Caputo
                                    A. Richard Caputo
                                    United States District Judge